# Third District Court of Appeal

## State of Florida

Opinion filed September 24, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0079
Lower Tribunal No. 24-20199-CA-01
_____


**Coreacsa Solutions, S.A.,**
Appellant,

vs.

**Imports Exports Logistics, Inc.,**
Appellee.


An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

Ayala Law, P.A., and Eduardo A. Maura and Luis F. Quesada Machado, for appellant.

Saltiel Law Group and Matthew Carcano, for appellee.


Before MILLER, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.